## Commonwealth *v.* Walker, Appellant.

Submitted April 12, 1971. *Sallie Ann Radick* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Weaver, Appellant.

Submitted April 12, 1971. *Chris Vlachos,* Assistant Public Defender, for appellant; *Paul M. Petro,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Order affirmed.